PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: 510-970-4810
     Facsimile: 415-744-0134
     Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR., | Civil No. 2:22-cv-00799-CKD |
|     Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
|     v. | |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
|     Defendant. | |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1.    Defendant's response to Plaintiff's Complaint is due October 14, 2022.  Defendant previously received one extension of this deadline.

2.    The certified administrative record (CAR) has been prepared in this case and Counsel for the Commissioner has reviewed the CAR and approved it for filing.  In the process of having the U.S. Attorney's Office file the CAR, it was discovered that the electronic version sent to the U.S. Attorney's Office was incomplete.  Counsel for the Commissioner has been working with the Agency's Office of

Appellate Operations to ensure the full and complete CAR is available for the U.S. Attorney's Office to file.  Accordingly, the Commissioner requests a brief seven day extension to resolve this technical issue.

       3.      Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

       4.      This request is made in good faith and is not intended to delay the proceedings in this matter.

       WHEREFORE, Defendant requests until October 21, 2022, respond to Plaintiff's Complaint.

       Respectfully submitted,

Date: *October 18, 2022*          LAW OFFICE OF JARED T. WALKER, PC

          By:     */s/ Caspar Chan for Jared Walker\**
          JARED WALKER
          *\*Authorized by email on October 18, 2022*
          Attorneys for Plaintiff

Date: *October 18, 2022*          PHILIP A. TALBERT
          United States Attorney
          Eastern District of California

          By:     */s/ Caspar Chan*
          CASPAR CHAN
          Special Assistant United States Attorney
          Attorneys for Defendant

## **ORDER**

       APPROVED AND SO ORDERED.

Dated:  October 18, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE