Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
JUAN MANUEL GUZMAN, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00799-CKD<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF** |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days, from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be January 2, 2023.  This is Plaintiff's first request for an extension of time.  Plaintiff's counsel needs additional time to file Plaintiff's motion for summary judgment due to multiple conflicting deadlines in other matters and the length of the administrative record in this case.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: December 1, 2022                    Respectfully submitted,


                                             /s/ *Jared Walker*
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED.

                                                         PHILLIP A. TALBERT  
                                                       United States Attorney

Dated: December 1, 2022        By:    /s/ *Caspar Chan  
                                                      (*authorized by email on 12/01/2022)  
                                                     CASPAR CHAN  
                                                   Special Assistant United States Attorney  
                                                   Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated:  December 1, 2022

                                              CAROLYN K. DELANEY  
                                              UNITED STATES MAGISTRATE JUDGE