**JARED WALKER (SB#269029)**

P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
JUAN MANUEL GUZMAN, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR.<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00799-CKD<br><br>STIPULATION & ORDER FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

  IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended an additional 30 days from the existing deadline such that Plaintiff's new deadline, with the Court's approval, will be February 1, 2023. This is Plaintiff's second request for an extension of time and is sought based on her counsel needing more time than anticipated to prepare Plaintiff's motion, as well as to meet other conflicting deadlines in unrelated matters undersigned is solely responsible for.  Plaintiff's counsel apologizes for the inconvenience this request imposes but is unable to meet the current briefing schedule in this case due to a lengthy administrative record, concurrent motion filing deadlines in other social security disability cases, and out of town travel over the holidays.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly alongside Plaintiff's extension.

///

///

Dated: January 2, 2023 Respectfully submitted,

/s/ *Jared Walker*
Jared T. Walker,
Attorney for Plaintiff

SO STIPULATED:

PHILLIP A. TALBERT
United States Attorney

Dated: January 3, 2023     By:   /s/ *Caspar Chan*
 (*signature authorized by email on 1/03/2022*)
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: January 5, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE