PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, CA 94105
        Telephone: 510-970-4810
        Facsimile: 415-744-0134
        Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR., | Civil No. 2:22-cv-00799-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE** |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time for filing the Commissioner's Brief by fourteen days to July 19, 2023, with all other dates extended accordingly.  In support of this request, the Commissioner respectfully states as follows:

The Commissioner's Brief in this case is due July 5 2023.  This is the Commissioner's second request for an extension of this deadline.

There is good cause for this extension.  Counsel for the Commissioner has offered to remand this case for further administrative proceedings.  Counsel for the Commissioner and Plaintiff's counsel conferred and a second brief extension is necessary to discuss the potential for additional terms on remand.  Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

////
////
////
////
////
////
////
////
////
////
////
////
////

WHEREFORE, Defendant requests until July 19, 2023, to file the Commissioner's Brief.

Respectfully submitted,

Date: _July 7, 2023_                    LAW OFFICE OF JARED T. WALKER, PC

                                        By:     _/s/ Caspar Chan for Jared Walker_*
                                        JARED WALKER
                                        *_Authorized by email on July 7, 2023_
                                        Attorneys for Plaintiff

Date: _July 7, 2023_                    PHILIP A. TALBERT
                                        United States Attorney
                                        Eastern District of California

                                        By:     _/s/ Caspar Chan_
                                        CASPAR CHAN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  July 7, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE