PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:22-cv-00799-CKD <br><br> **STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time for filing the Plaintiff's Reply by twenty-one days to August 24, 2023.  In support of this request, the Commissioner respectfully states as follows:

The Plaintiff's Reply in this case is due August 3, 2023.  The Parties have not previously requested an extension of this deadline.

There is good cause for this extension.  Counsel for the Commissioner and Plaintiff's counsel have each proposed terms to remand this case for further administrative proceedings.  However, the Parties were unable to agree on the terms of remand.   Counsel for the Commissioner has continued to investigate the potential for settlement of this case with the agency.  Counsel for the Commissioner has been advised of a potential for an alternative offer of remand that Counsel believes Plaintiff might be amenable to. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

Counsel for the Commissioner has consulted with Plaintiff's counsel and neither party has any objections.

This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

WHEREFORE, the Parties requests until August 24, 2023, to file Plaintiff's Reply.

Date: *July 28, 2023*                               LAW OFFICE OF JARED T. WALKER, PC

                                          By:   */s/ Caspar Chan for Jared Walker*\*
                                          JARED WALKER
                                          *\*Authorized by email on July 28, 2023*
                                          Attorneys for Plaintiff

Date: *July 28, 2023*                               PHILIP A. TALBERT
                                          United States Attorney
                                          Eastern District of California

////

////

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: July 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE