PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JUAN MANUEL GUZMAN, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-00799-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Court remand this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will issue a favorable decision based on the evidence of record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *August 11, 2023*                    LAW OFFICE OF JARED T. WALKER, PC

By:   */s/ Caspar Chan for Jared Walker*\*
JARED WALKER
\*Authorized by email on *August 11, 2023*
Attorneys for Plaintiff

Date: *August 11, 2023*                    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  August 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE